# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| HUGO RAMIRO ACOSTA LOJA, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-34 |
| v. | * | |
| WARDEN T. JOHNS, | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's September 19, 2017, Report and Recommendation, dkt. no. 15, to which Petitioner Hugo Ramiro Acosta Loja ("Acosta Loja") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES without prejudice** Acosta Loja's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Acosta Loja leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case

**SO ORDERED**, this 24 day of October, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA